UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERTO MARQUEZ, et al.,

    Plaintiffs,

    v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

_____/

No. C 13-2819 PJH

**ORDER RE DISMISSAL**

Plaintiffs filed the above-entitled action against defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Cal Western Reconveyance ("Cal Western") on May 20, 2013 in the Superior Court of California, County of San Mateo. On July 19, 2013, Wells Fargo removed the case to this court. Cal-Western has not entered an appearance.

On September 19, 2013, the court granted Wells Fargo's motion to dismiss, without leave to amend, and denied plaintiffs' motion to remand. On September 18, 2013, Wells Fargo lodged a proposed form of judgment.

On October 31, 2013, plaintiffs filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), stating that they were dismissing all claims in this action without prejudice "as to all remaining [d]efendants." The sole defendant remaining in the case is Cal-Western. In accordance with plaintiffs' notice of voluntary dismissal, defendant Cal-Western is hereby DISMISSED from the case.

The October 31, 2013 initial case management conference is VACATED.

**IT IS SO ORDERED.**

Dated: October 31, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge